DEMAS YAN (SBN 257854)
595 Market Street, Suite 1350
San Francisco, California 94105
Phone (415) 867-5797
Fax (415) 901-0650

Debtor and Defendant in Pro Se

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>　　DEMAS YAN<br><br>　　　　Debtor.<br><br>CRYSTAL LEI, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEMAS YAN, aka Dennis Yan, an individual, Debtor's Bankruptcy Estate, and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 04-33526 TEC<br><br>Adv. Pro. No. 10-3149 TEC<br><br>**DEFENDANT DEMAS YAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINTS**<br><br>Date: October 29, 2010<br>Time: 9:30 am<br>Judge: Thomas Carlson<br>Place: 235 Pine Street, 23rd Fl.<br>　　　San Francisco, CA |

NOTICE OF MOTION

Please take notice that the undersigned will bring the above captioned motion on for hearing at the date, time, and place indicated on the caption above, or as soon thereafter as the matter may be heard.

Date:  September 28, 2010

/s/DEMAS YAN

- 1

## MOTION TO DISMISS

Defendant DEMAS YAN moves this court to dismiss Plaintiff's ("LEI") complaints in this adversary proceeding for the following reasons as discussed in the Points and Authorities:

1. The complaints fail to stake claims against the defendant upon which relief can be granted;

2. This court lacks subject matter jurisdiction;

3. This court lacks personal jurisdiction over the individual CHEUK-TIN YAN;

4. This court lacks personal jurisdiction over the individual AUGUSTINE FALLAY;

5. The complaints are barred by res judicata and/or collateral estoppels.

Date: September 28, 2010
/s/Demas Yan