ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
CATHY HONGOLA (BAR NO. 234489)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mbetz@allenmatkins.com

Attorneys for Plaintiff
Crystal Lei

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Demas Yan, Debtor | Bankruptcy Court Case No: 04-33526 TEC |
| | Adversary Case No: 10-03149 TEC |
| Crystal Lei,<br><br>        Plaintiff,<br><br>vs.<br><br>Demas Yan, aka Dennis Yan, an individual; Debtor's Bankruptcy Estate; and Does 1 through 10;<br><br>        Defendant. | **DECLARATION OF MICHAEL J. BETZ, ESQ. IN SUPPORT OF PLAINTIFF CRYSTAL LEI'S OPPOSITION TO DEFENDANT DEMAS YAN'S MOTION TO DISMISS**<br><br>Date: October 29, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Thomas Carlson<br>Courtroom: 23 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

791481
DECLARATION OF MICHAEL J. BETZ, ESQ.

Case 10-03149   Doc# 19   Filed 10/15/10   Entered 10/15/10 16:25:25   Page 1 of 20

I, Michael J. Betz, declare:

1. I am an attorney at law, duly licensed to practice before all the courts of this state, and admitted to practice before all courts for the State of California. I am a partner at Allen Matkins Leck Gamble Mallory & Natsis LLP, attorneys of record for Plaintiff Crystal Lei. If called as a witness, I could and would testify competently to the matters set forth in this declaration, except for those matters stated upon information and belief, and as for those matters, I believe them to be true.

2. On August 11, 2010, I deposed Cheuk Tin Yan in a case pending in San Francisco County Superior Court. I attach to this Declaration as **Exhibit A** true and correct copies of excerpts from that deposition.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 15th day of October, 2010 in San Francisco, California.

/s/ *Michael Betz*
MICHAEL J. BETZ

# EXHIBIT A

YanCheuk-8-11-10.txt
1  ROUGH TEXT/NOT OFFICIAL REPORTER'S CERTIFIED TRANSCRIPT
2  NOT TO BE USED AS OFFICIAL TRANSCRIPT/ROUGH ONLY.
3
4                    ---oOo---
5  DOROTHY WONG, CERTIFIED COURT INTERPRETER IN THE
6  CANTONESE LANGUAGE, WAS DULY SWORN BY THE CERTIFIED
7  SHORTHAND REPORTER TO TRANSLATE THESE PROCEEDINGS IN
8  THE CANTONESE LANGUAGE FOR THE WITNESS HEREIN LISTED
9                         BELOW.
10
11
12                  CHEUK TIN YAN,
13  called as a witness herein, being first duly sworn by
14  the Certified Shorthand Reporter through the
15  Cantonese interpreter, to tell the truth, the whole
16  truth, and nothing but the truth, testified as
17  follows:
18  EXAMINATION BY MR. BETZ:
19          MR. BETZ:  Q.  Good afternoon.
20       A.  Good morning.
21       Q.  Please state and spell your name for the
22  record.
23       A.  Cheuk Tin Yan, C-h-e-u-k, Y-a-n.
24       Q.  What is your home address?
25       A.  1-4-3-3, 1433 - 7th Avenue.

                                                    1

1       Q.  Do you have a business address?
2       A.  No.
3       Q.  Have you ever had your deposition taken
4  before?
5       A.  No.
6       Q.  I'm going to explain some of the rules.
                    Page 1

```
14  have you repeat the question.
15           MR. BETZ:  Okay.  You can clarify the
16  record.
17           MR. YAN:  No.  Repeat the question that
18  my -- that the witness -- so he can answer the
19  question.
20           MR. BETZ:  No.
21      Q.   Does Demas Yan live with you?
22           MR. YAN:  Okay, I will strike -- I will
23  move to strike the previous answer.
24           THE WITNESS:  Yes.
25           MR. BETZ:  Q.  With his wife?
```

                                                    9
```
 1      A.   Together.
 2      Q.   And their children?
 3      A.   Yes, together.
 4      Q.   For how long have they lived with you?
 5      A.   For how long?  Maybe it's like five to six
 6  years.
 7      Q.   Where did he live before that?
 8      A.   Before, they have not arrived to United
 9  States yet.
10      Q.   What was your last job?
11      A.   I'm a tailor.
12      Q.   Have you been in the tailor business your
13  whole life?
14      A.   Yes.
15      Q.   Do you understand your son has sued Tony
16  Fu?
17      A.   Now I know.
18      Q.   Do you know who Tony Fu is?
```

```
19      A.   Yes; I have met him a few times.
20      Q.   Do you know who Crystal Lei is?
21      A.   I don't.
22      Q.   You have never met her, correct?
23      A.   Maybe I have seen her, but I don't know,
24 is that her, and I don't know her.
25      Q.   Why did your son sue Tony Fu?
```

                                                    10
```
 1           MR. YAN:  Objection.  Objection.  This is
 2 ridiculous, okay.  This calls for a legal conclusion.
 3 He's not an attorney.
 4           MR. BETZ:  Q.  You can answer, if you
 5 know.
 6      A.   I don't know.
 7      Q.   Are you aware of the fact your son filed
 8 for bankruptcy?
 9      A.   For that, I don't even know.
10      Q.   Are you a creditor in your son's
11 bankruptcy action?
12      A.   I suppose I am not.
13      Q.   Does your son owe you any money?
14      A.   Well, between me and him, he owes me a lot
15 of money, but I don't even remember.
16      Q.   How much?
17      A.   I don't know how much.
18      Q.   Can you please give me a best estimate.
19      A.   The best estimate, it's about 500,000, but
20 below $1 million.
21      Q.   Does your son owe your wife any money?
22           MR. YAN:  Objection.  How should he know
23 something that's not within his own personal knowledge?
24           MR. BETZ:  Maybe he can answer that.  I
```

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 6 of 20

```
24       Q.   Do you believe Mr. Fu performed any bad
25  work at the Chenery property?
```

```
                                                           28
 1            MR. YAN:  Objection.  Calls for
 2  speculation.
 3            THE WITNESS:  I don't know.
 4            MR. BETZ:  Q.  Do you recall how much
 5  money you actually gave to Tony Fu and your son for the
 6  project?
 7            MR. YAN:  Objection -- Go ahead.
 8            [Interpreter translates the question to
 9             the witness]
10            MR. YAN:  Objection.  The question is
11  asked and answered.
12            MR. BETZ:  Q.  You can answer it.  Please
13  answer.
14       A.   You mean, to answer you how much money I
15  gave it to them?
16       Q.   Yes.
17       A.   I don't know.
18       Q.   Could you estimate?
19       A.   Don't know.  I -- practically, I don't.
20       Q.   Do you know how many checks you gave to
21  them?
22       A.   I don't recall.
23       Q.   Do you know if Mr. Fu forged or altered
24  any documents?
25       A.   Don't know.
```

```
                                                           29
 1       Q.   Do you know if Mr. Fu ever stole building
 2  materials?
```

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 7 of 20

```
 3        A.    I don't even know.
 4        Q.    Do you know if Mr. Fu ever embezzled any
 5   money?
 6              MR. YAN:  Objection as to time period and
 7   as to what funds.
 8              MR. BETZ:  Q.  You can answer.
 9              MR. YAN:  My objection stands.
10              THE WITNESS:  Well, how would I know?  Why
11   don't you go ask him?  [Laughing]
12              MR. BETZ:  Q.  Because you sued him for
13   it.
14        A.    (Laughing) Basically, you know, they
15   asked me for money, and I wrote them a lot of check,
16   and they said the check is to use to build the project,
17   you know.
18              So, I expected that, you know, when they
19   build the project, they could make a lot of money, so
20   the money will come back to me.
21        Q.    [READ BACK]  Do you believe you have an
22   ownership interest in the property located at 337 -
23   28th Avenue?
24              THE INTERPRETER:  "337" (writing).
25              THE WITNESS:  337, who is that?
```

                                                                30
```
 1              MR. BETZ:  Q.  337 - 28th Avenue is the
 2   home owned by Crystal Lei.
 3              MR. YAN:  What was the question?  Please
 4   read the question, Miss Reporter.
 5              MR. BETZ:  Yes.
 6           (The record was read by
 7            the Reporter as requested.)
 8              MR. YAN:  Objection.  Calls for a legal
```

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 8 of 20

```
17      A.    Well, you know, I know they are building
18  that, you know, I don't quite know the English, but I
19  knew at that time, when I write down the check, they
20  are building that place.
21      Q.    Do you know that the Chenery Street
22  property was sold through the Bankruptcy Court?
23      A.    That, I don't know.
24      Q.    Do you know if the Chenery Street property
25  has even been sold?
```

                                                                21

```
 1      A.    Don't know.
 2      Q.    Are you suing Crystal Lei?
 3      A.    No.
 4      Q.    Do you have any claim against Crystal Lei?
 5            MR. YAN:  Objection.  Objection.  It calls
 6  for a legal conclusion.  Also, this question cannot be
 7  answered by someone who is not an attorney.  It calls
 8  for a legal conclusion.
 9            MR. BETZ:  Q.  Go ahead.
10      A.    Even though the name you mentioned, I
11  don't know this name.
12      Q.    The young lady behind me is Crystal Lei.
13  Have you ever seen her before (indicating)?
14      A.    No.  No, I only saw her when she is here.
15      Q.    Yesterday.
16      A.    Yesterday and today.
17      Q.    Did you ever lend her any money?
18      A.    No.
19      Q.    Does she owe you any money?
20      A.    No.  I don't know -- even know her.  Why
21  would she owe me money?  Why you have to ask this sort
```

Page 18

```
22   of a question?  You are wasting a lot of time.  I
23   needed to have a break.  I need to rest.  [Laughing]
24        Q.   Sure.  Okay.  Would you --
25             Hold on.  Would you like me to tell you
```

                                                                22

```
 1   why I asked that question?
 2        A.   (No audible response).
 3        Q.   Do you know that you have sued Crystal
 4   Lei?
 5        A.   My son is the one who did it.
 6             MR. BETZ:  Okay.  Okay.  We'll take a
 7   ten-minute break.
 8             (Brief recess taken.)
 9             MR. BETZ:  Q.  Sir, do you know if Tony Fu
10   and Crystal Lei are married?
11        A.   I only know Tony was married, but I don't
12   know his wife.
13        Q.   Do you know if Tony ever got divorced?
14        A.   I don't know.
15        Q.   Do you know if Crystal Lei is married?
16        A.   Is it now they are married?  So I don't
17   even know what you guys are talking about.  (Laughing).
18             Well, they both are married now?  Well,
19   you know . . .
20        Q.   Do you know if they are married?
21        A.   I don't know whether they are married or
22   when they marry, I don't even know.
23        Q.   Do you know if they ever got divorced?
24             MR. YAN:  Objection.  Asked and answered.
25             THE WITNESS:  Basically, I don't even
```

                                                                23

```
 1   know.
```
                            Page 19

```
17              MR. BETZ:  Next in order.
18         (Notice of Motion and Motion to
19         Reconsider Judgment on the Pleadings
20         entered on February 26, 2009 marked
21         Defendant's Exhibit 9 for
22         identification.)
23              MR. BETZ:  Q.  Have you ever seen
24   Exhibit 9 before?
25         A.   Don't know, and I don't know anything.

                                                    44
 1         Q.   Is that your signature on the bottom left?
 2         A.   Yes.
 3         Q.   Please turn to the third page.
 4         A.   [Complies]
 5         Q.   Is that your signature?
 6         A.   (Reviewing the document.)
 7              Looks like it.
 8         Q.   Did you read this document before you
 9   signed it?
10         A.   No.
11         Q.   Did you sign it because your son asked you
12   to?
13              MR. YAN:  Objection.  Attorney-client
14   privilege.  I instruct you not to answer.
15              MR. BETZ:  You weren't his attorney at
16   this time.
17              MR. YAN:  Wait.  (Looking at the
18   Exhibit 9).
19              MR. BETZ:  He's pro per in this.
20              MR. YAN:  Okay.
21              MR. BETZ:  Q.  Did you sign this document
22   because your son asked you to?
```

| | | |
|---|---|---|
| 23 | A. | I don't even remember. |
| 24 | Q. | But you didn't read it, correct? |
| 25 | | MR. YAN: Objection. Mischaracterizes his |

45

| | | |
|---|---|---|
| 1 | statement. | He said he doesn't remember. |
| 2 | | MR. BETZ: Q. Please answer. |
| 3 | A. | What do you want me to answer you? |
| 4 | Q. | Did you read this document before you |
| 5 | signed it? | |
| 6 | A. | No. I don't even know how to read it. |
| 7 | Q. | Because you don't know how to read |
| 8 | English, correct? | |
| 9 | A. | Yes. |
| 10 | Q. | And can you turn to the last page. |
| 11 | A. | (Complies/Reviewing the document.) |
| 12 | Q. | Is that your signature? |
| 13 | A. | Looks like it. |
| 14 | Q. | Please turn to the second page. |
| 15 | A. | (Complies) |
| 16 | Q. | In the third paragraph of the declaration, |
| 17 | there is a sentence that says: | |
| 18 | | "I also know Tony's wife, Lee Ming Lee, |
| 19 | | aka Crystal Lei." |
| 20 | | My question to you, is that a true -- |
| 21 | | THE INTERPRETER: I'm sorry. On the |
| 22 | second page? | |
| 23 | | MR. BETZ: [Showing the Interpreter] |
| 24 | | On the second page, I'm reading from |
| 25 | here (indicating). | |

46

| | | |
|---|---|---|
| 1 | | THE INTERPRETER: Oh. |

Page 38

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 12 of 20

```
 2                MR. BETZ:  Okay.  Did you translate the
 3   question?
 4                THE INTERPRETER:  No, I did not.
 5                MR. BETZ:  Okay, sure.
 6        Q.   On the second page in your Declaration in
 7   paragraph three, the second sentence says:
 8                "I also know Tony's wife, Lee Ming Lei,
 9                aka Crystal Lei."
10                (The Interpreter translated the quoted
11                material to the witness).
12        Q.   Is that a correct statement?
13        A.   I don't even remember.
14        Q.   Paragraph four states:
15                "I knew that Tony was a building
16                contractor since the early 1990s."
17                (The Interpreter translates the quoted
18                material to the witness)
19        Q.   Is that a correct statement?
20        A.   I don't remember, and I don't know.
21        Q.   The money that you gave your son and Tony,
22   did anyone ever tell you that that money would be kept
23   in a bank account for the exclusive use of the Chenery
24   project?
25        A.   I suppose that the checks supposed to use
                                                         47
 1   to build that project.
 2        Q.   Were you told that the checks were going
 3   to be deposited in a specific bank account?
 4        A.   No.
 5        Q.   Have you ever learned that Tony Fu
 6   transferred some of his property to his wife?
 7        A.   I don't know.
```

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 13 of 20

```
 8      Q.   Have you ever learned that the money you
 9  gave to Tony Fu and your son was used to purchase the
10  property located at 337 - 28th Avenue?
11      A.   I don't know.
12      Q.   Have you ever learned that the money you
13  gave to Tony Fu and your son was used by Tony Fu to
14  purchase a new Toyota truck?
15      A.   Don't know.
16           MR. YAN:  Excuse me.  Please translate
17  "pickup truck".  I don't think he understands what
18  "pickup truck" is.
19           THE INTERPRETER:  Interpreter speaking:  I
20  have used the words "pickup truck," and I try to use it
21  in Chinese again, so he will understand.
22           THE WITNESS:  What pickup truck are you
23  talking about?  You mean, you know, use my money to go
24  buy that, right?
25           MR. BETZ:  Q.  Yes.

                                                        48
 1      A.   Don't know.
 2      Q.   Have you ever learned that the money that
 3  you gave to your son and Tony Fu was used by Mr. Fu to
 4  buy his wife jewelry?
 5      A.   You mean, used my check, take my check and
 6  go buy jewelry?
 7      Q.   Correct.
 8      A.   Don't know (Laughing).
 9      Q.   Have you ever learned that the money that
10  you gave to your son and Tony Fu for the project was
11  used by Mr. Fu to pay his personal credit card debts?
12      A.   Don't know.
```

Page 40

13    Q.    Do you know an attorney named Caelo
14  Marroquin, spelled C-a-e-l-o M-a-r-r-o-q-u-i-n?
15    A.    I don't know.
16    Q.    Did you ever hire that attorney to
17  represent you?
18    A.    No. Well, I don't even know, because you
19  say in English. I don't know what it is.
20    Q.    If you turn to paragraph 9 of that
21  exhibit, the sentence reads:
22          "I hired an attorney, Mr. Caelo
23          Marroquin."
24          Have you ever heard of that name?
25    A.    I don't even know. But I might have heard

49
1   about it, but then I don't even know whether I hear or
2   not.
3     Q.    Have you ever hired any attorney, except
4   for your son?
5     A.    You mean, like to go to court?
6     Q.    Yes.
7     A.    I never have been to court before.
8     Q.    Have you ever hired an attorney to
9   represent you in court?
10    A.    Represent me to do what?
11    Q.    To take a position in court.
12    A.    No.
13    Q.    The money that you wrote -- Strike that.
14          The money that you gave your son and Tony
15  Fu, did that come from a home equity line of credit?
16    A.    I don't even quite understand, you know.
17  You know, I just, you know, writing checks, and those
18  checks is from like Bank of America account. So,

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 15 of 20

```
19  basically, I just keep writing checks from the Bank of
20  America account.
21       Q.    Do you know what a line of credit is?
22       A.    I don't understand.  I don't even
23  understand.
24       Q.    Do you have a loan from a bank for your
25  home?
```

                                                              50
```
 1       A.    You mean, a loan from Bank of America?
 2       Q.    Yes.
 3       A.    No.
 4       Q.    Do you own the home in which you currently
 5  reside?
 6       A.    Yes.
 7       Q.    [READ BACK]  Do you owe anybody money for
 8  the ownership of that home?
 9             MR. YAN:  Objection.  Objection.  Can you
10  repeat your question again?
11          (The record was read by
12            the Reporter as requested.)
13             MR. YAN:  For the ownership of . . .
14             I would request you rephrase that.
15  That's even unclear to me.  I mean, what's ownership,
16  definition of "ownership"?
17             MR. BETZ:  Apparently, the law is unclear
18  to you, including the --
19             MR. YAN:  Yes.
20             MR. BETZ:  -- laws of penalty of perjury.
21  However --
22             MR. YAN:  And I -- translation --
23             MR. BETZ:  Let him -- How about, let me
```

Case: 10-03149   Doc# 19   Filed: 10/15/10   Entered: 10/15/10 16:25:25   Page 16 of 20

```
24  ask the question, and if he doesn't understand, I'll
25  rephrase it.
```

                                                              51
```
 1              THE INTERPRETER:  May I have the questions
 2  again, please?
 3          (The record was read by
 4            the Reporter as requested.)
 5              THE WITNESS:  No.
 6              MR. BETZ:  Q.  Do you have a mortgage for
 7  that home?
 8        A.    No.
 9              MR. BETZ:  Next in order, please.
10          (Grant Deed marked Defendant's Exhibit 10
11            for identification.)
12              THE INTERPRETER:  He wants a drink of
13  water.
14              MR. BETZ:  Of course.  We could take a
15  break, if you would like.  Yes, just one second.  After
16  I ask the question on this document, we'll take a
17  break.
18              MR. YAN:  Okay.
19          (Brief pause off the record.)
20              MR. BETZ:  Q.  Have you ever seen
21  Exhibit 10 before?
22        A.    [Reviewing the document]  I don't know.
23        Q.    Did you ever own the property located at
24  547- 23rd Avenue?
25        A.    (Reviewing the document.)
```

                                                              52
```
 1              23rd Avenue, where is this?
 2        Q.    In San Francisco.
 3        A.    What district is that?
```
                          Page 43

1  Interpreter only hear what is said, and then interpret
2  you know.  If the Interpreter speaking, the Interpreter
3  will say, "Interpreter speaking".
4           MR. BETZ:  Q.  Okay.  The question is:
5           Did you ever see this document before?
6       A.  Okay.  What this is document for?  I don't
7  even know.  Even if I have seen it, I don't even know,
8  or I don't remember.
9       Q.  That's fine.  Thank you.
10          And this document, what it says on the
11  highlighted portion was, "We have a money dispute."
12          Okay, you don't have to refer anything
13 to this document, but my question is:  Did you aware
14 your son Demas having a dispute with me?  Did he tell
15 you?
16      A.  It's not with me.  You know, with him,
17 right?
18      Q.  Mm-hmm.
19      A.  I'm not sure.  I suppose they have.
20      Q.  The document, at the time, it's dated
21 2004.  [Speaking in Chinese]  Do you recall --
22          My question to you is:
23          Do you recall any argument, any
24 argument, any money dispute in regarding to Chenery
25 project?

64

1       A.  (Laughing)  I don't know that stuff.
2           So, basically, they just like to have
3  check, and want to get a check.  I sign it, and give
4  it to them.  Whatever they do, I don't even know.
5       Q.  Did I ever face-to-face to ask you for a
6  single piece of check?

Page 53

```
 7      A.    Whether you have or not, I don't even
 8 remember.
 9      Q.    Do you remember how much, just ballpark,
10 roughly, you put -- you gave the money to the Chenery
11 project?
12      A.    I don't know.
13            MR. FU:  I'd like to introduce another
14 Exhibit.
15            (Agreement/Contract, 10/18/00 marked
16             Defendant's Exhibit 17 for
17             identification.)
18            MR. FU:  It's an "Agreement/Contract,"
19 it's called, this paper.
20      A.    In front of you is a contract that I
21 signed with your son, Demas Yan.
22            My question to you is:  Did at any point
23 in time, your son assign any interest in -- within this
24 contract to you?
25            MR. YAN:  Objection.  Assumes facts not in

                                                        65
 1 evidence.  He hasn't even established that he has seen
 2 this document before, or knows the contents of it, so
 3 how can he answer whether he --
 4            MR. BETZ:  Just object, sir.  Don't coach.
 5            THE WITNESS:  So, are you asking me the
 6 content of this contract, right?
 7            MR. FU:  Q.  Okay, let me rephrase it.
 8            The contract -- the contract, it's a
 9 Chenery -- called "Chenery Contract".
10            If you don't understand, ask me; but,
11 I -- in order to shorten the time, so that I just go
```

Page 54

```
    25              THE INTERPRETER:  Sorry, this question

                                                              74
     1   is --
     2              MR. FU:  Q.  Is it fair to say that I
     3   ever -- I never induced you to write any check for
     4   Chenery project?
     5              THE INTERPRETER:  Induce. . .
     6              MR. FU:  Have I -- Take it back.  Strike.
     7              THE INTERPRETER:  Okay.
     8              MR. FU:  Q.  Have I ever induced you to
     9   write any check for Chenery?
    10              THE INTERPRETER:  The Interpreter will
    11   have to take a moment, just to make sure I have
    12   translated the word properly, "induce".
    13              MR. FU:  [Saying something in Chinese to
    14   the Interpreter]
    15              THE WITNESS:  Okay.  So, if he's talking
    16   about like, you know, write -- writing a check,
    17   majority of the time it's like from my son is the one
    18   who asked me to write the check.
    19              And a lot of the time, you know, I just
    20   sign the check, I don't even know what is that for,
    21   but the majority of the time it's my son is the one
    22   who asked me to do it.
    23              MR. FU:  Q.  [READ BACK]  Do you
    24   understand what a fraudulent transfer of money means?
    25              [Interruption at the courtroom door]

                                                              75
     1              MR. BETZ:  Why don't we take a quick
     2   break, and figure out what to do.
     3              MR. FU:  Okay, we'll take a five-minute
```

Case: 10-03149    Doc# 19    Filed: 10/15/10    Entered: 10/15/10 16:25:25    Page 20 of 20