ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  mbetz@allenmatkins.com

Attorneys for Plaintiff
Crystal Lei

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Demas Yan, Debtor | Bankruptcy Court Case No:  04-33526 TEC<br>Adversary Case No:  10-3149 |
| Crystal Lei,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEMAS YAN, an individual;<br><br>            Defendant. | **SUPPLEMENTAL DECLARATION OF MICHAEL J. BETZ, ESQ. IN SUPPORT OF PLAINTIFF CRYSTAL LEI'S MOTION FOR AN INJUNCTION AND TEMPORARY RESTRAINING ORDER**<br><br>Date:     October 15, 2010<br>Time:    9:30 a.m.<br>Ctrm:    23<br>Judge:   Hon. Thomas E. Carlson<br><br>Complaint Filed:   August 27, 2010 |

I, Michael J. Betz, Esq., declare:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California. I am a partner at the law firm of Allen Matkins Leck Gamble, Mallory & Natsis, attorneys of record for Plaintiff Crystal Lei in this action. If called as a witness, I could and would testify competently to the matters set forth in this declaration, except for those matters stated upon information and belief, and as for those matters, I believe them to be true.

**A. Demas Yan's Fraud on the Court**

2. On February 26, 2009, in adversary case number 08-3166, this Court entered an order enjoining the debtor Demas Yan from maintaining case numbers 07-464671, 08-478364, 08-417333, and 08-478815.

3. On March 8, 2009, Cheuk Tin Yan[1], Demas Yan's father, filed a motion to reconsider the Court's February 26, 2009, ruling. In his motion, Cheuk Tin Yan included a declaration concerning numerous facts relating to Demas Yan and Tony Fu. On June 12, 2009, this Court reversed its February 26, 2009, ruling.

4. On August 11, 2010, I deposed Cheuk Tin Yan in case number 08-478364 and asked him several questions about his case and the declaration he filed in this Court. I attach hereto as **Exhibit I** true and correct copies of excerpts from that deposition. During that deposition, Cheuk Tin Yan testified that (1) he did not know Ms. Lei, (2) he does not believe Ms. Lei owes him any money, (3) that he was unaware of the majority of the allegations in his Complaint or the motion he filed in this Court, (4) that he can neither read nor write English, and (5) that he had not read any of the pleadings he has ostensibly filed (including the motion to reconsider filed in case number 08-3166, which is docketed in that action as item number 19), and just signed them because his son, Debtor Demas Yan, told him to. (Exhibit I at pp. 8-9, 24-25, 18-19, 37-41, and 53-54.)

**B. Mr. Yan's Manipulation of His Father, Cheuk Tin Yan, in Order To Further Harass Ms. Lei and Mr. Fu**

---

[1] In order to avoid confusion, Cheuk Tin Yan will be referred to in this Declaration by his full name, while debtor Demas Yan will be referred to as "Mr Yan"

5. On August 7, 2008, Cheuk Tin Yan, initiated an action against Ms. Lei and Tony Fu in the San Francisco County Superior Court (4783640 and recorded a lis pendens on Ms. Lei's property located at 337 28th Avenue, San Francisco, California (the "Property"). I attach hereto as **Exhibit H** a true and correct copy of Cheuk Tin Yan's Third Amended Complaint ("TAC") in that action.

6. Cheuk Tin Yan's TAC alleges that from June 2001 to February 2002, Tony Fu requested that Cheuk Tin Yan deposit funds into a business account at Bank of America based on the presentation that such money would be used to develop the Chenery Property. (Exhibit H at ¶ 16.) Based on these alleged representations, the TAC alleges Cheuk Tin Yan deposited approximately $237,000 into the business account. (Exhibit H at ¶ 17.)

7. The TAC goes on to allege that Mr. Fu's representations were false and that Mr. Fu used approximately $173,000 of the $237,000 for his own personal use. (Exhibit H at ¶¶ 20-21.) Specifically, the TAC alleges that (1) on or about October 14, 2001, Mr. Fu used this money to purchase a Toyota Truck and (2) on or about January 2002, Mr. Fu loaned a portion of it to Ms. Lei, who then used it to purchase the 337 Property. (Exhibit H at ¶¶ 29-31, 40.) Based on these allegations, Cheuk Tin Yan alleges causes of action for fraud, quiet title, conversion, unjust enrichment, and breach of fiduciary duty.

8. On January 26, 2010, the Honorable Charlotte Woolard of the San Francisco County Superior Court granted Ms. Lei's motion to expunge Cheuk Tin Yan's lis pendens.

**C.     Demas Yan and Case Number 07-464671**

9. On June 27, 2007, Demas Yan filed an action in the San Francisco County Superior Court against Ms. Lei and Mr. Fu alleging causes of action for fraud, quiet title, and conversion. I attach to this Declaration as **Exhibit J** a true and correct copy of Mr. Yan's Complaint.

10. Mr. Yan's complaint alleged that from June 2001 to February 2002, Tony Fu requested that Mr. Yan deposit funds into a business account at Bank of America based on the presentation that such money would be used to develop the Chenery Property. Mr. Yan's complaint goes on to allege that, based on these alleged representations, he deposited approximately $237,000 into the business account.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
791048

11. Mr. Yan's complaint also alleges that Mr. Fu's representations were false and that Mr. Fu used approximately $173,000 of the $237,000 for his own personal use. Specifically, the complaint alleges that (1) on or about October 14, 2001, Mr. Fu used this money to purchase a Toyota Truck and (2) on or about January 2002, Mr. Fu loaned a portion of it to Ms. Lei, who then used it to purchase the 337 Property.

12. On July 26, 2007, Mr. Yan's bankruptcy trustee removed case number 464671 to this Court. I attach to this Declaration as **Exhibit K** a true and correct copy of the Trustee's Notice of Removal.

13. On January 8, 2008, this Court issued an order dismissing case number 464671 with prejudice as to Mr. Fu. I attach to this Declaration as **Exhibit L** a true and correct copy of the Court's Order.

**D.    Demas Yan's Allegations in Case Number 464671 Are Essentially Identical to Cheuk Tin Yan's Allegations in Case Number 478364**

14. On August 7, 2008, Cheuk Tin Yan filed his initial complaint against Ms. Lei and Mr. Fu, which contained many of the same allegations contained in Mr. Yan's complaint against Ms. Lei and Mr. Fu. It appears clear from both the timing of this Court's January 8, 2008, ruling, the timing of Cheuk Tin Yan's filing of his Complaint against Ms. Lei and Mr. Fu, Cheuk Tin Yan's inability to read or write English, and the fact that the complaints are identical, that Mr. Yan is not being forthright with either this Court or the San Francisco County Superior Court and only filed case number 478364 because of this Court's January 8, 2008, Order.

**E.    Case Number 467500**

15. On September 24, 2007, Mr. Yan filed a defamation action against Mr. Fu and Ms. Lei, which was based on communications made in part during litigation in this Court.

16. On September 28, 2009, Mr. Yan amended his complaint to include causes of action for slander per se, breach of fiduciary duty, unjust enrichment, and fraudulent transfer.

17. On January 26, 2010, Judge Woolard granted Ms. Lei and Mr. Fu's special motion to strike Mr. Yan's first cause of action for libel and second cause of action for slander per se.

18. On September 23, 2010, Judge Woolard issued an order granting Ms. Lei attorney's fees and costs against Mr. Yan in the amount of $13,650.50.

19. On June 21, 2010, and July 23, 2010, Mr. Yan recorded a lis pendens on the same property Cheuk Tin Yan recorded a lis pendens on in case number 478364.

20. On August 24, 2010, Ms. Lei filed a motion to expunge Mr. Yan's lis pendens.

21. On October 7, 2010, Judge Woolard issued an order granting Ms. Lei attorney's fees and costs against Mr. Yan in the amount of $1,200.

**F.     Case Number 09-489340**

22. On June 11, 2009, Augustine Fallay filed an action against Ms. Lei and Mr. Fu for breach of contract, fraud, and intentional infliction of emotional distress. I am informed and believe that Mr. Yan assisted Mr. Fallay with the preparation of this complaint and advised him to file this complaint.

23. On February 10, 2010, Judge Woolard granted Ms. Lei and Mr. Fu's special motion to strike Mr. Fallay's causes of action for breach of contract and intentional infliction of emotional distress and sustained their demurrer, without leave to amend, to Mr. Fallay's second cause of action for fraud.

24. On September 28, 2010, Judge Woolard awarded Ms. Lei attorney's fees and costs against Mr. Fallay in the amount of $17,161.

**G.     All of Demas Yan's Cases, Including Case Number 467500, Concern Chenery**

25. On July 7, 2010, August 3, 2010, and August 5, 2010, myself and Tony Fu deposed Mr. Yan in case number 467500. Mr. Yan's testimony during these depositions confirms to me that his cases primarily concern the Chenery Property, which is an asset of his estate that has been significantly litigated in this action. Specifically, during these depositions, Mr. Yan testified that (1) his cases, in part, concern Chenery and (2) that he is generally unaware of any claims he has against Mr. Fu on anything other than the Chenery Property. I attach to this Declaration as **Exhibit M**, true and correct copies of excerpts from Mr. Yan's depositions confirming these facts. (*Compare* Exhibit M at July 7, 2010, at pp. 76:7-17, 77:11-18 and 79:16-23 (Mr. Yan and Mr. Fu only worked on three projects together as partners) *with* Exhibit M at August 3, 2010, at pp.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

317:16 – 318:13 and pp. 320:16 – 321:7; Exhibit M at August 5, 2010, at p. 378 (Mr. Yan only believes Mr. Fu "owes him money" on the project concerning Chenery).)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of October, 2010, at San Francisco, California.

/s/ Michael J. Betz
MICHAEL J. BETZ