DEMAS YAN (SBN 257854)
595 Market Street, Suite 1350
San Francisco, California 94105
Phone (415) 867-5797
Fax (415) 901-0650

Debtor and Defendant in Pro Se

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>    DEMAS YAN<br><br>Debtor.<br><br>CRYSTAL LEI, an individual<br><br>    Plaintiff,<br><br>v.<br><br>DEMAS YAN, aka Dennis Yan, an individual, Debtor's Bankruptcy Estate, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 04-33526 TEC<br><br>Adv. Pro. No. 10-3149 TEC<br><br>**DEFENDANT DEMAS YAN'S MOTION TO RECONSIDER ORDER RE DEFENDANT'S RULE 12(b) MOTION TO DISMISS**<br><br>Date: April 22, 2011<br>Time: 9:30 am<br>Judge: Thomas Carlson<br>Place: 235 Pine Street, 23rd Fl.<br>       San Francisco, CA |

DEMAS YAN, the debtor and defendant, moves this court, pursuant to Rule 9023, to reconsider the ORDER RE RULE 12(b)(6) MOTIONS TO DISMISS, filed on 2/18/2011 and entered on 2/23/2011.

Specifically, movant seeks the Court's reconsideration of the order denying defendant's motion to dismiss Plaintiffs claims for injunctive and declaratory relief.

- 1

The motion is based on this notice of motion, motion, memorandum of points and authorities, request for judicial notice, the records and file herein, and such evidence as may be presented at the hearing.

Date: March 6, 2011

/s/DEMAS YAN